**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget Zarrillo*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Bridget.Zarrillo@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2034*

November 4, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Patel v. Soto, et al.*, No. 26-14278 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 2:20 p.m. on November 3, 2026 under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget Zarrillo*
BRIDGET ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/4/2026